IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: : CHAPTER 13
:
CHRISTOPHER S. GADFIELD, : CASE NO. 22-60096
:
DEBTOR. :

CERTIFICATE OF SERVICE

I certify that on May 24, 2022, a true and correct copy of the **AMENDED CHAPTER 13 PLAN** was served:

Via the court's Electronic Case Filing System on those entities and individuals who are listed on the court's Electronic Mail Notice List:

- Dynele L Schinker-Kuharich, Chapter 13 Trustee, at DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

All creditors on the attached creditor matrix

And by Certified Mail upon:

Pentagon Federal Credit Union
Attn: Bankruptcy
PO Box 1432
Alexandria, VA 22313

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Kick and Gilman, LLC
245 Sandusky Street
Ashland, Ohio 44805
(419) 289-8080
(419) 994-4886 facsimile

rebecca@kickandgilman.com
Attorney for Debtors