IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| CHRISTOPHER S. GADFIELD, | : | CASE NO. 22-60096 |
| DEBTOR. | : | |

## AMENDED NOTICE OF AMENDED PLAN

Debtor Christopher S. Gadfield have filed papers with the court amending their Chapter 13 plan (Doc. 38).

THE RELIEF PRAYED FOR IN THIS AMENDED PLAN WILL BE GRANTED TWENTY-EIGHT (28) DAYS AFTER THE DATE OF MAILING UNLESS A WRITTEN OBJECTION THERETO IS FILED WITH THE COURT AND SERVED UPON DEBTOR'S ATTORNEY AND THE TRUSTEE.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you wish to consult one).

If you do not want the court to amend the Chapter 13 Plan, or if you want the court to consider your views on the amended plan, then on or before **21 days from the date of filing**, June 27, 2022, you or your attorney must:

File with the court a written request for hearing or, if the court requires a written response, an answer, explaining your position by electronic filing or mailing your response by regular U.S. Mail to:

    U.S Bankruptcy Court
    Clerk's Office
    Ralph Regula Federal Building and US Courthouse
    401 McKinley Ave., SW
    Canton, OH 44702

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

    Rebecca K. Hockenberry, Esq.
    Kick and Gilman, LLC
    245 Sandusky Street
    Ashland, OH 44805

Dynele l. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702

Office of the U.S. Trustee
200 Public Square, Ste. 20-3300
Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the motion and may enter an order granting relief.

## NOTICE OF HEARING

The confirmation hearing in this matter will be held on July 13, 2022 at 2:00 p.m. at the U.S. Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Avenue SW, Canton, OH 44702.

# CERTIFICATE OF SERVICE

I certify that on June 6, 2022, a true and correct copy of the **AMENDED CHAPTER 13 PLAN and AMENDED NOTICE** were served:

Via the court's Electronic Case Filing System on those entities and individuals who are listed on the court's Electronic Mail Notice List:

- Dynele L Schinker-Kuharich, Chapter 13 Trustee, at DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee  (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pentagon Federal Credit Union
Attn: Bankruptcy
PO Box 1432
Alexandria, VA 22313
Attn: James Schenk, CEO

All creditors on the attached creditor matrix

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Kick and Gilman, LLC
245 Sandusky Street
Ashland, Ohio 44805
(419) 289-8080
(419) 994-4886 facsimile
rebecca@kickandgilman.com
Attorney for Debtors